UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SWEEDEN, et al., | Case No. 1:23-cv-01134-BAM |
| Plaintiffs, | **ORDER REFERRING MATTER TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |
| v. | |
| SANDY LOGISTICS, INC., et al., | (Doc. 5) |
| Defendants. | |

On August 10, 2023, the parties filed a stipulation electing referral of this action to the Voluntary Dispute Resolution Program. (Doc. 5.) Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;
2. The parties shall notify the Court within thirty (30) days of completing the Voluntary Dispute Resolution Program; and
3. All case dates, including the Scheduling Conference currently set for October 30, 2023, are vacated subject to being reset by the Court as needed.

IT IS SO ORDERED.

Dated:  **August 11, 2023**              /s/ Barbara A. McAuliffe
                    UNITED STATES MAGISTRATE JUDGE