Jesse R. Fretwell, SBN 272058
FREEDMAN LAW
3705 W. Beechwood Avenue
Fresno, California 93711
Telephone No.: (559) 447-9000
Facsimile No.:  (559) 447-9100
Email: eService@freedmanlaw.com

Attorney for Plaintiffs
RUSSELL SWEEDEN and THERESA DUNN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RUSSELL SWEEDEN; THERESA DUNN,<br><br>       Plaintiffs,<br><br>       v.<br><br>SANDY LOGISTICS, INC.; SANDY LOGISTICS, LLC; HANNAH FRANK ATA; and DOES 1 to 30, Inclusive,<br><br>       Defendants. | Case No.: 1:23-cv-01134-BAM<br><br>**STIPULATION TO SET ASIDE REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) INADVERTENTLY FILED ON 08/10/2023; ORDER** |

COMES NOW PLAINTIFFS, RUSSELL SWEEDEN, THERESA DUNN AND DEFENDANTS, SANDY LOGISTICS, INC. AND HANNAH FRANK ATA by and through their respective attorneys of record, hereby agree and stipulate to set aside the referral to the Voluntary Dispute Resolution Program (VDRP) which was inadvertently filed on August 10, 2023. Please refer to Exhibit "A" attached herewith.

WHEREAS our offices received correspondence dated August 18, 2023 from Sujean Park (ADR and Pro Bono Program Director) wherein parties have fourteen (14) days from the date of the letter to agree on and select a neutral in accordance with Local Rule 271 (e)(3). Please refer to Exhibit "B" attached herewith.

- 1 -

STIPULATION TO SET ASIDE REFERRAL TO VOLUNTARY DISPUTE RESOLUTION
PROGRAM (VDRP) INADVERTENTLY FILED ON 08/10/2023; [PROPOSED] ORDER

WHEREAS Plaintiff, Theresa Dunn is still being treated for conditions which she asserts arise from the claims asserted against Defendants Sandy Logistics, Inc. and Hannah Frank Ata. Plaintiff, Theresa Dunn is scheduled to undergo cervical fusion surgery on September 5, 2023 with Dr. Ali Najafi of Neurosurgical Associates and her need for future care remains unresolved. Please refer to Exhibit "C" attached herewith.

IT IS THEREFORE STIPULATED THAT:

1. The referral to the Voluntary Dispute Resolution Program (VDRP) which was inadvertently filed on August 10, 2023 be set aside and that this Court schedule a mandatory scheduling conference in the next 45 to 60 days or as soon thereafter after this Court is available.

IT IS SO STIPULATED.

DATED: August 23, 2023                                  FREEDMAN LAW

By: /s/ Jesse Fretwell
Jesse R. Fretwell, Esq.
Attorneys for Plaintiffs
RUSELL SWEEDEN and THERESA DUNN

DATED:  August 23, 2023                                 HAIGHT BROWN & BONESTEEL, LLP

By: /s/ Krsto Mijanovic
Krsto Mijanovic, Esq
Helen J. Lee, Esq.
Attorney for Defendants
SANDY LOGISTICS, LLC
and HANNAH FRANK ATA

**ORDER**

Plaintiffs, Russell Sweeden, Theresa Dunn and Defendants, Sandy Logistics, Inc. and Hannah Frank Ata's Stipulation to set aside the referral to the Voluntary Dispute Resolution Program (VDRP) was read, reviewed and considered by this Court.

It appearing to the satisfaction of this Court and good cause showing, this Court hereby ORDERS:

1. The referral to the Voluntary Dispute Resolution Program (VDRP) which was filed on August 10, 2023 be set aside.

2. Therefore, it is ordered that all parties appear for a Scheduling Conference before United States Magistrate Judge Barbara A. McAuliffe, in Courtroom 8 (BAM) on **October 30, 2023 at 10:00 a.m.**  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.  The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **August 28, 2023**              /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

- 3 -

STIPULATION TO SET ASIDE REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) INADVERTENTLY FILED ON 08/10/2023; [PROPOSED] ORDER