UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SWEEDEN; THERESA DUNN,<br><br>Plaintiffs,<br><br>v.<br><br>SANDY LOGISTICS, INC., et al.,<br><br>Defendants. | Case No.  1:23-cv-01134-BAM<br><br>**ORDER FOR MEDICAL EXAMINATION OF PLAINTIFF THERESA DUNN**<br><br>(Doc. 21) |

Based on the stipulation filed by the parties on May 8, 2024, and good cause appearing, Defendants Sandy Logistics (erroneously sued as Sandy Logistics, Inc.) and Hannah Frank Ata are granted leave to conduct a medical examination of Plaintiff Theresa Dunn.  (Doc. 21.)

Plaintiff Theresa Dunn is ordered to submit to a medical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure and pursuant to the terms of the parties' stipulation.  The examination will be conducted by Kamran Sahrakar, M.D., on June 13, 2024, at Atwater Medical Group, 900 West Olive Avenue, Suite C, Merced, California 95348, commencing at 9:00 a.m. and continuing as long as reasonably necessary.

IT IS SO ORDERED.

Dated:   **May 9, 2024**                       /s/ Barbara A. McAuliffe            _
                                               UNITED STATES MAGISTRATE JUDGE

1