Jesse R. Fretwell, SBN 272058
FREEDMAN LAW
3705 W. Beechwood Avenue
Fresno, California 93711
Telephone No.: (559) 447-9000
Facsimile No.:  (559) 447-9100
Electronic Mail: eService@freedmanlaw.com

Attorneys for Plaintiffs
RUSSELL SWEEDEN and THERESA DUNN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SWEEDEN; THERESA DUNN,<br><br>Plaintiffs,<br><br>v.<br><br>SANDY LOGISTICS, INC.; SANDY LOGISTICS, LLC; HANNAH FRANK ATA; and DOES 1 to 30, Inclusive<br><br>Defendants. | Case No.: 1:23-cv-01134-BAM<br><br>**PARTIES' STIPULATION TO CONTINUE DATES FOR DESIGNATION OF EXPERTS; [PROPOSED] ORDER**<br><br>Pre-Trial Conference: July 16, 2025<br>Jury Trial: September 15, 2025 |

This stipulation to extend current expert disclosure and discovery deadlines is made by and between counsel for Plaintiffs Russell Sweeden and Theresa Dunn and counsel for Defendants Sandy Logistics, Inc. and Hannah Frank Ata.

**RECITALS**

The parties agree that to facilitate and complete full discovery in this case, the expert disclosure and expert discovery deadlines currently set by the Court's Pre-Trial Scheduling Order (ECF Document No. 18) should be extended. Such extension will have no effect on the jury trial date in this case.

WHEREAS a mediation is currently scheduled for November 20, 2024 at 8:30 a.m. before mediator Robert N. Dobbins. The parties find it in their mutual best interest or are otherwise

1  agreeable to modify the dates for various tasks to be accomplished and wish to modify those dates
2  to accommodate scheduling.

3  **STIPULATION**

4  THEREFORE, the parties do hereby stipulate and propose the following extended dates,
5  by and through their counsel as follows:

6  1. The original Expert Disclosure was November 15, 2024. The parties agree to
7  disclose experts on **December 4, 2024**.

8  2. The original Supplemental Expert Disclosure was December 18, 2024. The parties
9  agree to extend the date for Supplemental Expert Disclosure to **January 7, 2025**.

10  3. The original Expert Discovery Cutoff was January 31, 2025. The parties agree to
11  extend the date for Expert Discovery Cutoff to **February 14, 2025**.

12  4. The parties agree that per the Scheduling Order, that the Pretrial Conference
13  remain set on July 16, 2025 at 9:00 a.m. and that the Jury Trial remain set on September 15, 2025
14  at 8:30 a.m. in Courtroom 8.

15  Dated: November 15, 2024                FREEDMAN LAW

16                                          /s/ Jesse R. Fretwell

17                                      By: _____
18                                          Jesse R. Fretwell, Esq.
                                            Attorneys for Plaintiffs
19                                          RUSSELL SWEEDEN
                                            and THERESA DUNN
20

21  Dated: November 15, 2024                HAIGHT BROWN & BONESTEEL, LLP

22                                          /s/ Helen H. Lee

23                                      By: _____
                                            Helen H. Lee, Esq.
24                                          Attorneys for Defendants
                                            SANDY LOGISTICS, LLC
25                                          and HANNAH FRANK ATA

26

27

28

# PROOF OF SERVICE

**SWEEDEN, Rusell, et al. v. Sandy Logistics, Inc., et al.**
**United States District Court Case No.: Case No.: 1:23-cv-01134-BAM**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 3705 W. Beechwood Avenue, Fresno, California, 93711.

On November 15, 2024, I served the within documents:

**PARTIES' STIPULATION TO CONTINUE DATES FOR**
**DESIGNATION OF EXPERTS; [PROPOSED] ORDER**

☐ BY FACSIMILE: pursuant to California Code of Civil Procedure section 1013 and California Rules of Court 2001 through 2009.

☐ BY HAND:  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ BY MAIL:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ BY OVERNIGHT MAIL:  by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

☐ BY PERSONAL DELIVERY:  by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users and will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the Court rules.

**SEE SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

<u>XX</u> [State]  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 15, 2024, at Fresno, California.

/s/ Grace Montelongo

_____
Grace Montelongo

- 3 -

## SERVICE LIST

1

2  Krsto Mijanovic, Esq.
   Helen H. Lee, Esq.
3  HAIGHT BROWN & BONESTEEL, LLP
   555 South Flower Street, 45th Floor
4  Los Angeles, California 90071
5  Telephone No.: (213) 542-8000
   Facsimile No.:  (213) 542-8100
6  Email service list: kmijanovic@hbblaw.com; hlee@hbblaw.com; ymartinez@hbblaw.com;
7  edocs@hbblaw.com
   Attorneys for Defendants
8  SANDY LOGISTICS, LLC and HANNAH FRANK ATA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

On November 15, 2024, the parties filed the instant stipulation requesting a modification of the Scheduling Order. The parties note that a mediation is scheduled for November 20, 2024, but do not discuss good cause for amendment of the scheduling order. *See Gerawan Farming, Inc. v. Rehrig Pac. Co.*, No. 1:11-CV-01273-LJO, 2013 WL 645741, at *5 (E.D. Cal. Feb. 21, 2013) ("…settlement negotiations are not good cause to modify a Scheduling Order… Settlement discussions, in and of themselves, are not good cause."); *Eckert v. City of Sacramento*, No. 2:0-7C-V00825 GEB GGH, 2009 WL 3211278, at *2 (E.D. Cal. Sept. 30, 2009) ("Moreover, ongoing settlement negotiations do not constitute good cause justifying modification of the pretrial scheduling order in this case."); *Lehman Bros. Holdings v. Golden Empire Mortg., Inc.*, No. 1:09-CV-01018LJO JLT, 2010 WL 2679907, at *2 (E.D. Cal. July 2, 2010) (noting that "settlement discussions generally are not an "unanticipated" development…" and therefore the parties' ongoing settlement discussions "did not constitute good cause to modify the Scheduling Order.").

Nevertheless, in the interest of justice and given the limited extensions of time requested, the parties' request is GRANTED. Accordingly, the scheduling order is modified as follows: Expert Disclosure is extended from November 15, 2024 to **December 4, 2024**; Supplemental Expert Disclosure is extended from December 18, 2024 to **January 7, 2025**; Expert Discovery Cutoff is extended from January 31, 2025 to **February 14, 2025**. The Pretrial Motion Filing Deadline remains March 14, 2025; Pretrial Conference remains set for July 16, 2025 at 9:00 a.m. in Courtroom 8 (BAM); and Jury Trial remains set for September 15, 2025 at 8:30 a.m. in Courtroom 8 (BAM). The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **November 18, 2024**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE